THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOROUGH HOUSING CORPORATION, Appellant and Respondent, against JAMES J. SEXTON et al., Constituting the Board of Taxes and Assessments for the City of New York, Respondents and Appellants.   (Taxes for 1933.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOROUGH HOUSING CORPORATION, Appellant and Respondent, against WILLIAM S. MILLER et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents and Appellants.   (Taxes for 1934.)

Argued April 8, 1941; decided April 24, 1941.

*Julius Zizmor* and *Newton G. Avrutis* for relator, appellant and respondent.

*William C. Chanler, Corporation Counsel (Hyman W. Kehl* and *Arthur A. Segall* of counsel), for defendants, respondents and appellants.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division upon the ground that the weight of the evidence sustains the findings of the Special Term. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ  Taking no part: LEHMAN, Ch. J.